# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

*U.S. DISTRICT CLERK*
*DISTRICT COURT*
*RECEIVED NEW JERSEY*
*2016 OCT -4 P 3:55*

JANNAI ALPHEAUS

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

CAMDEN CITY POLICE DEPARTMENT
CAMDEN COUNTY CORRECTIONAL FACILITY
CAMDEN COUNTY SHERIFFS DEPARTMENT
COUNTY OF CAMDEN
THE CITY OF CAMDEN

**COMPLAINT**

Jury Trial: [ ] Yes [ ] No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

## I.   Parties in this complaint:

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name            JANNAI ALPHEAUS
           Street Address  2642 BAIRD BLVD, APT 3
           County, City    CAMDEN
           State & Zip Code  NEW JERSEY 08105
           Telephone Number  856-831-6630

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary. (SEE ATTACHED)

Defendant No. 1
Name _CAMDEN COUNTY CORRECTIONAL FACILITY_
Street Address _330 FEDERAL STREET_
County, City _CAMDEN, CAMDEN_
State & Zip Code _NEW JERSEY 08103_

Defendant No. 2
Name _CAMDEN COUNTY SHERIFFS DEPARTMENT_
Street Address _520 MARKET STREET_
County, City _CAMDEN, CAMDEN_
State & Zip Code _NEW JERSEY 08102_

Defendant No. 3
Name _COUNTY OF CAMDEN_
Street Address _____
County, City _CAMDEN, CAMDEN_
State & Zip Code _NEW JERSEY 08009-08107_

Defendant No. 4
Name _CITY OF CAMDEN_
Street Address _____
County, City _CAMDEN, CAMDEN_
State & Zip Code _NEW JERSEY 08101-08105_

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
   [ ] Federal Questions          [ ] Diversity of Citizenship
   [✓] U.S. Government Plaintiff  [ ] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

- 2 -

**OMS** Offender Management System

# Inmate Recidivism For ALPHEAUS, JANNAI

Today's Date: 9/23/16 14:10

Inmate Name: **ALPHEAUS, JANNAI**
D.O.B.: **07/04/1970**
Permanent #: **0400071500**
Current Booking #: **4290968**

## Booking History

| Booking # | Booking Date | Release Date | Days In | 7 Incarcerations | |
|---|---|---|---|---|---|
| 4071500 | 01/15/2001 | 01/15/2001 | 1 | | |
| 0000 | 000000000 | 39:10-24 | | TRAFFIC CONTEMPT | D |
| 4238516 | 06/15/2010 | 07/06/2010 | 22 | | |
| W 20100040560408 | 000000000 | 2C:12-3A | | THREATENS VIOLENCE | C |
| ✓ 4275777 | 02/25/2013 | 03/07/2013 | 11 | | |
| W 20130012370408 | | 2C:12-3A | | THREATENS VIOLENCE | C |
| ✓ 4277025 | 03/31/2013 | 04/18/2013 | 19 | | |
| W 20130019960408 | | 2C:12-1A | | SIMPLE ASSAULT | D |
| ✓ 4282258 | 08/10/2013 | 08/29/2013 | 20 | | |
| W 20130055610408 | | 2C:13-2A | | CRIM RESTRAINT-RISK OF SBI | B |
| W 20130055610408 | | 2C:12-1A | | SIMPLE ASSAULT | D |
| 4290968 | 03/18/2014 | 04/08/2014 | 22 | | |
| ✓ W 20130050340405 | | 2C:12-1A | | SIMPLE ASSAULT | D |
| W 20140025130408 | | 2C:29-9B | | CONTEMPT-VIOLATE ORDER | D |
| W 20140025140408 | | 2C:33-4A | | INCONVENIENT ANNOYANCE | D |
| ✓ 4292430 | 04/22/2014 | 06/12/2014 | 52 | | |
| 004140501616A | | 2C:12-1B(7) | | AGG ASSAULT-BODILY INJURY | B |
| 004140501616A | | 2C:12-3A | | THREATENS VIOLENCE | C |
| FO-04-491-14 | | 2C:45-3 | | VIOLATION OF PROBATION OR SUSPENDED SENTENCE | ^ |
| S14-2473 | | 2C:33-4A | | INCONVENIENT ANNOYANCE | D |

Inmate Recidivism For ALPHEAUS, JANNAI                                                            Page 1 of 1

## OMS — Offender Management System

# Inmate Recidivism For ALPHEAUS, JANNAI

Today's Date: 9/23/16 14:08

| Inmate Name: | ALPHEAUS, JANNAI |
|---|---|
| D.O.B.: | 07/04/1978 |
| Permanent #: | 1408151 |
| Current Booking #: | 4323012 |

## Booking History

*7 /11 - 11 - 1 - 14*

| Booking # | Booking Date | Release Date | Days In | 5 Incarcerations | |
|---|---|---|---|---|---|
| 4295935 | 07/11/2014 | 06/30/2015 | 355 | | |
| 0041401002341 | | 2C:12-3A | | THREATENS VIOLENCE | C |
| w20140080450408 | 004141203763i | 2C:12-3B | | THREAT TO KILL | |
| | 14-05-01616-a | 2C:12-3A | | THREATENS VIOLENCE | |
| 4311978 | 09/01/2015 | 09/15/2015 | 15 | | |
| W20150056070408 | | 2C:12-1A | | SIMPLE ASSAULT | D |
| | | 2C:33-4A | | INCONVENIENT ANNOYANCE | D |
| 4313094 | 10/04/2015 | 12/11/2015 | 69 | | |
| W20150063590408 | | 2C:33-4C | | ALARMING CONDUCT | D |
| | 004140100234i | 2C:45-3 | | VIOLATION OF PROBATION OR SUSPENDED SENTENCE | |
| | 004140501616a | 2C:45-3 | | VIOLATION OF PROBATION OR SUSPENDED SENTENCE | |
| | 004141203763i | 2C:45-3 | | VIOLATION OF PROBATION OR SUSPENDED SENTENCE | |
| | | 2C:33-4C | | ALARMING CONDUCT | D |
| 4322876 | 07/18/2016 | 07/21/2016 | 4 | | |
| w20160041770408 | | 2C:33-4A | | INCONVENIENT ANNOYANCE | D |
| 4323012 | 07/22/2016 | 09/21/2016 | 62 | | |
| W20160042690408 | | 2C:29-9B | | CONTEMPT-VIOLATE ORDER | D |
| w20160043930408 | | 2C:29-3B | | HINDER OWN PROS | C |
| | | 2C:33-4A | | INCONVENIENT ANNOYANCE | D |
| w20160052990408 | | 2C:29-9B | | CONTEMPT-VIOLATE ORDER | D |
| w20160052990408 | | 2C:33-4A | | INCONVENIENT ANNOYANCE | D |

THESE OFFICERS WITH THE EXCEPTION OF JOHN SCOTT STINSMAN, 43, PENNSAUKEN, NJ, [redacted] - 3440 UNION AVE 08109-3006, ARE ALL STILL GAINFULLY EMPLOYED AT CAMDEN COUNTY CORRECTIONAL FACILITY ON 3 SOUTH ON ALTERNATING DAYS AND SHIFTS.

ATTACHMENT TO PAGE 2 (DEFENDANTS)

I WOULD ALSO REQUEST THESE DEFENDANTS BE ADDED TO CIVIL SUIT FOR ILLEGAL SEARCH/CIVIL RIGHT VIOLATIONS OF MYSELF AND CELLMATE LONNIE LILES OFFICERS AT CAMDEN COUNTY CORRECTIONAL FACILITY FOR ILLEGAL STRIP SEARCH, ~~HELD~~ PERFORMED ~~TO~~ DUE TO ACCUSATION OF THEFT OF FACIAL RAZORS LATER RECOVERED HAVING PREVIOUSLY BEEN COLLECTED BY AN OFFICER PRIOR TO ACCUSATIONS THIS SEARCH WAS HELD ON CELL BLOCK 3 NORTH ~~SOUTH~~ B/4-5-15

- OFFICER SERGEANT JOHN SCOTT STINSMAN
  - HE ORDERED THE ILLEGAL SEARCH PERFORMED AFTER THE FALSE ALLEGATIONS WERE MADE. OFC STINSMAN MADE NO REPORT AND AS OF JAN. 2016 ARREST FOR ABUSING AN INMATE
- OFFICER (FIRST UNKNOWN) RENTAS - THE OFFICER WHO MADE THE FALSE ALLEGATION AFTER HE HAD ALREADY COLLECTED THE RAZORS FROM CELL, HE INITIATED THE ILLEGAL SEARCH AFTER MYSELF AND CELLMATE PROTESTED THE ACCUSATION ON 3 NORTH B, APRIL 5, 2016

- OFFICERS RIVIERA, (FIRST UNKNOWN) AND CORDERRO (FIRST UNKNOWN) PERFORMED ILLEGAL SEARCHES WHERE MY CELL MATE AND MYSELF WERE STRIPPED NAKED ON CELL BLOCK 3 NORTH ~~SOUTH~~ B ON APRIL 5, 2015 AFTER NUMEROUS REFUTES BY MYSELF AND CELLMATE LONNIE LILES OF THE ACCUSATION, AFTER ILLEGAL SEARCH OUR CELL WAS SHAKEN DOWN, WE LATER FOUND OUT THROUGH GRIEVANCES WRITTEN THE RAZOR WAS RECOVERED IN C/O RENTAS' POSSESSION

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? CAMDEN COUNTY CORRECTIONAL FACILTY

B. What date and approximate time did the events giving rise to your claim(s) occur? FROM 2001 - 2016 (SEE ATTACHED INMATE RECIDIVISM FORM)

C. Facts: [What happened to you?] WHILE INCARCERATED IN CAMDEN COUNTY CORRECTIONAL FACILITY, I WAS SUBJECTED TO SEVERAL UNCIVIL HOUSING CONDITIONS DURING EACH INDIVIDUAL STAY FROM 2001-2016. I WAS PLACED IN A 2 MAN CELL WITH EACH TIME WITH 3-4 INMATES WHERE I WAS MADE TO SLEEP ON THE FLOOR. AT TIMES UNDER TABLES, BUNKS, AND NEAR TOILETS. AND IN PARTICULAR AN ILLEGAL STRIP SEARCH ON APRIL 5TH 2015. [Who did what?] ALSO WAS DENIED WATER AND A FUNCTIONING TOILET FOR TWO WEEKS IN A 3 INMATE CELL, WHILE BEING HOUSED IN 7 DAY LOCKDOWN FOR 15 DAYS, AND AGAIN WAS HOUSED IN 3 SOUTH C WITH 3 INMATES IN WITH NON-FUNCTIONING TOILET APP FOR 2 MORE WEEKS AND IGNORED AND DENIED HELP FROM MAINTENANCE, [Was anyone else involved?] CORRECTION OFFICERS AND SERGEANTS. I WAS ALSO HELD DAYS AFTER I WAS TO BE RELEASED ON TWO OCCASIONS, ON SEPT 6, 2016 AND AGAIN ON SEPT 20, 2016 B WITH NO EXPLANATION.

[Who else saw what happened?] SEVERAL CORRECTIONAL OFFICERS, IT IS COMMON PROCEDURE TO HOUSE 3-4 INMATES IN A CELL FOR MONTHS AT A TIME, REGARDLESS OF INMATES, DISEASE, MENTAL ILLNESS, SEXUAL PREFERENCE OR CONDITIONS OF CELL.

-3-

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. CHRONIC BACK AND NECK PAIN, I WAS GIVEN PAIN MEDICATION MANY OF MY STAYS AT FACILITY. I WAS ALSO GIVEN SUBSTANDARD GENERIC, LOW QUALITY INSULIN WHICH CAUSED MY BLOOD SUGAR TO DROP DRAMATICALLY WHEN I RECIEVED IT. I AM A TYPE 1 DIABETIC, FOR FOUR YEARS NOW. ALSO SUSTAINED FACIAL INJURIES AFTER BEING ASSAULTED BY AN INMATE, UNPROVOKED IN JUNE 2, 2015, AS SEVERAL OFFICERS ON POST, WERE UNATTENTIVE AND NOT AVAILABLE DURING BREAKFAST HOURS, THIS ATTACK WAS CAUGHT ON CAMERA.

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

1 MILLION TO .5 MILLION DOLLARS / THE FULL AMOUNT AVAILABLE I AM TYPE 1 DIABETIC AND AM REQUESTING COMPENSATION FOR INPROPER MEDICAL TREATMENT, AS WELL AS UNSANITARY AND UNHEALTHY LIVING CONDITIONS, AND BEING THE SUBJECT OF AN ILLEGAL STRIP SEARCH. I FEEL AS THOUGH MY HEALTH AND SAFTEY WAS PLACED IN DANGER MANY TIMES.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4th day of OCTOBER, 20 16.

Signature of Plaintiff

Mailing Address   2642 BAIRD BLVD, APT 3
                  CAMDEN, NJ 08105

Telephone Number  856-831-6630

Fax Number *(if you have one)*

E-mail Address

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: